FILED

NOV 16 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR265-WKW |
| | ) | [18 USC 2113(a)] |
| DARRYL L. HOLMES | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That on or about October 27, 2006, in Montgomery County, within the Middle District of Alabama,

DARRYL L. HOLMES,

defendant herein, by force, violence and by intimidation, did take from the person and presence of another approximately $3,890.00, belonging to and in the care, custody, control, management, and possession of Colonial Bank at 2914 Carter Hill Road, Montgomery, Alabama, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

That on or about October 30, 2006, in Montgomery County, within the Middle District of Alabama,

DARRYL L. HOLMES,

defendant herein, by force and violence and by intimidation, did take from the person and presence of another approximately $2,743.00, belonging to and in the care, custody, control, management, and possession of AmSouth Bank at 2710 Taylor Road, Montgomery, Alabama, a bank whose deposits

were then insured by the Federal Deposit Insurance Corporation. All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney