**COURTROOM DEPUTY'S MINUTES**             **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE           DATE: December 20, 2006
❏ BOND HEARING
❏ DETENTION HEARING           Digital Recording 4:00 - 4:08
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr265-WKW     **DEFENDANT NAME:** Darryl L. Holmes
**AUSA:** Tommie Hardwick     **DEFT. ATTY:** Kevin Butler
           Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:**
Interpreter needed: ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE:  12/20/06 |
| √ | CRIMINAL TERM:  4/23/07 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |