IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr265-WKW |
| | ) | |
| DARRYL L. HOLMES | ) | |

## **ORDER**

Upon consideration of the government's motion for detention hearing (Doc. # 11), filed December 22, 2006, and defendant's waiver of detention hearing (Doc. # 12), filed December 22, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 8th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE