**COURTROOM DEPUTY'S MINUTES**                    **DATE:** January 12, 2007

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording:** 3:14 - 3:16

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr265-WKW                    **DEFENDANT(S)** Darryl L. Holmes

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | |
| | * | Kevin Butler |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   Complete


❏ **PENDING MOTION STATUS:**



❏ **PLEA STATUS:**
   Plea negotiations
   Notice of intent to change plea to be filed on or before noon on 4/11/07


❏ **TRIAL STATUS**
   Trial time - 2 days


❏ **REMARKS:**