IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:06cr265-WKW |
| | ) |
| DARRYL L. HOLMES | ) |

**DEFENDANT'S NOTICE OF FILING**

**CHARACTER REFERENCES FOR SENTENCING**

COMES NOW the Defendant, Darryl L. Holmes, by and through undersigned counsel, Kevin L. Butler, and respectfully submits to the Court the attached character references letters prepared on behalf of the Defendant for consideration at sentencing. These letters include the following:

1. Letter from Jamica Taylor.

2. Letter from Patricia Adams.

Dated this 28th day of June 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 2:06cr265-WKW |
| | ) |
| DARRYL L. HOLMES | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

2



The Honorable W. Keith Watkins
Judge of the U.S. District Court
U.S. Courthouse
Montgomery, AL. 36752

Re: Darryll L. Holmes

Dear Judge Watkins:

I'm writing in regards to my brother, Darryll L. Holmes. In the few times that he has been out of prison he has shown a remarkable attitude at adjusting to the "real world." He is very smart and intelligent. Off of drugs, Darryll seems like a normal everyday person. When Darryll was released in 2001 he was very committed to working two jobs. One of those jobs I personally helped him get by talking to one of the managers. By 2002, the stresses and pressures of the "real world" were getting to him. I can not say that I know first hand what he is going through because

I'm not a drug addict. But, as a social work major I know that my brother needed help at the time and still needs help. For the life of me, I can not understand why a drug treatment was not set in place for him when he was released. I have learned that without the proper resources a person who needs help can not get better. This is what I think is needed for Darryll, a steady drug treatment program that will enable him to stay focused on what is important. What is important is that he stays off of drugs and becomes a better father to his son. I would like to ask for lenincy at sentencing due to the lack of resources that were not available to Darryll. Also, when released could you place Darryll in a manadatory drug treatment program as a condition of his release. I appreciate the time you have taken to read my letter.

Respectfully, Janice Taylor

7400 Glennside Court
Montgomery, AL 36117
June 15, 2007

The Honorable W. Keith Watkins
Judge of the U.S. District Court
U.S. Courthouse
Montgomery, AL 36752

Re: Darryll L. Holmes

Dear Judge Watkins:

I am writing this letter on behalf of my son, Darryll L. Holmes, whose case is currently before you. I feel that you have reviewed all documents regarding his case presented by both prosecuting and defense attorneys. I would, at this time, like to present to you, for your consideration, some things about Darryll that are most likely not included in the documents before you.

Darryll is an intelligent and caring person. He is sincere in expressing his concern for others and attempts to help them in any way he can. He has demonstrated that he has the ability to maintain employment whether the job is manual labor or office work. Darryll has also demonstrated a desire to learn as much as he can about a job he is responsible for as well as explore opportunities to advance. These are things that Darryll worked hard to accomplish when he was employed by a plumbing company. I watched Darryll set goals for himself and how he tried to ensure that he remained focused on his goals. I listened to him when he expressed his feelings about his job and his family. I feel that he was truly sincere in expressing his desire to accomplish things---a step at a time.

I believe if therapy and counseling was a part of his daily life, Darryll could possibly be working and taking care of family.

Your Honor, as you consider sentencing, I ask that you please consider that it is likely his situation is a result of his addiction. What he has done is not to be excused, and I understand that. I firmly believe that with the appropriate and continuous therapy and counseling that he could return and become a part of the workforce and his family. I respectfully ask that you give this some consideration.

Respectfully,

Patricia T. Adams