AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: DARRYL L. HOLMES
CASE NUMBER: 2:06cr265-WKW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

115 Months. This term consists of 115 months on each of Counts 1 and 2, to be served concurrently.

X  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 09-07-07 to FCC Coleman USP1
at Coleman, FL , with a certified copy of this judgment.

RETURNED AND FILED
SEP 14 2007

Michael W. Garrett, Complex Warden
UNITED STATES MARSHAL

By _____ LT
DEPUTY UNITED STATES MARSHAL

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.