AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
        Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page __2__ of __6__

DEFENDANT: DARRYL L. HOLMES
CASE NUMBER: 2:06cr265-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

(*) 115 Months. This term consists of 115 months on each of counts 1 and 2, to be concurrently. The term of imprisonment imposed by this judgment shall run concurrently to the defendant's imprisonment under any previous state or federal sentence.

X   The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends that defendant be designated to a facility where intensive drug treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __09-07-07__ to __FCC Coleman USP1__

a __Coleman, FL__ with a certified copy of this judgment.

RETURNED AND FILED

SEP 14 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_Michael W. Garrett, Complex Warden_
UNITED STATES MARSHAL

By _Paula Qusef, LT_
DEPUTY UNITED STATES MARSHAL