IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:06-CR-265-WKW |
| | ) | [WO] |
| DARRYLL HOLMES | ) | |

**ORDER**

Before the court is Darryll Holmes's motion for modification of supervised release conditions. (Doc. # 58.)

For the reasons stated in the Government's response (Doc. # 60), the motion is due to be denied. The Alabama Department of Corrections's detainer renders Mr. Holmes's release date uncertain. When Mr. Holmes resolves his issues with the state, he may refile this motion. It is ORDERED that Mr. Holmes's motion (Doc. # 58) is DENIED without prejudice.

DONE this 8th day of November, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE